Opinion filed September 26, 2013



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00035-CV

_____

## M&M ELEVATOR COMPANY, LTD., Appellant

## V.

## ELIAZAR TREVINO, JR., INDIVIDUALLY AND AS NEXT FRIEND OF ELIAZAR TREVINO, III, LAILYANA TREVINO, AND URIJAH TREVINO, Appellee

**On Appeal from the 244th District Court**

**Ector County, Texas**

**Trial Court Cause No. C-128,532**

### M E M O R A N D U M   O P I N I O N

M&M Elevator Company, Ltd., is the appellant in this appeal. It has filed an unopposed motion to dismiss the appeal pursuant to TEX. R. APP. P. 42.1(a)(1). In the motion, Appellant states, "The parties have reached an agreement to settle and

compromise the issues between them."  Appellant asks this court to dismiss the appeal.  Therefore, in accordance with Appellant's request, we dismiss the appeal.

The motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

September 26, 2013

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.